No. D–1166.  IN RE DISBARMENT OF BRODSKY.  It is ordered that David L. Brodsky, of Clive, Iowa, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1167.  IN RE DISBARMENT OF BOETTNER.  It is ordered that John L. Boettner, Jr., of Charleston, W. Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1168.  IN RE DISBARMENT OF MITCHELL.  It is ordered that Carl M. Mitchell, of Hauppauge, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1169.  IN RE DISBARMENT OF MULDERIG.  It is ordered that William M. Mulderig, of Tallman, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1170.  IN RE DISBARMENT OF SANDBERG.  It is ordered that George Sandberg, of Patchogue, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1171.  IN RE DISBARMENT OF SIMON.  It is ordered that Richard Dennis Simon, of Hauppauge, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1172.  IN RE DISBARMENT OF RAUCH.  It is ordered that Allan Harold Rauch, of Des Moines, Iowa, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.